710

Commonwealth v. Iannoccio, Appellant.

Argued April 14, 1969. *John J. Dean,* Assistant Public Defender, with him *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Kaczynski, Appellant.

Submitted April 14, 1969. *Aloysius F. Mahler,* for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Kennedy, Appellant.

Argued April 14, 1969. *Philip F. Jacobus,* for appellant; *William F. Potter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.